No. 95–5450. LUCKETT *v.* RENT-A-CENTER, INC., ET AL., *ante,* p. 965. Motion for leave to file petition for rehearing denied.

JANUARY 18, 1996

No. 95–5434. CROSSEN ET UX. *v.* UNITED STATES ET AL. C. A. 1st Cir. Certiorari dismissed under this Court's Rule 46.

JANUARY 19, 1996

No. 95–27. MERRILL ET AL. *v.* BARBOUR. C. A. D. C. Cir. Certiorari granted limited to Question 2 presented by the petition. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 1, 1996. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 29, 1996. A reply brief, if any, is to be filed pursuant to this Court's Rule 25.3. Rule 29.2 does not apply.

No. 95–668. AUCIELLO IRON WORKS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 1, 1996. Brief of the Solicitor General is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 29, 1996. A reply brief, if any, is to be filed pursuant to this Court's Rule 25.3. Rule 29.2 does not apply.